# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



NOV 06 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>**RAYKO APODACA** | Case No.<br>06- 00161 LJO |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, RAYKO APODACA, have discussed with KIMBERLY M. DALTON, Supervising Pretrial Officer, modifications of my release conditions as follows:

You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer; and,

All other previously ordered conditions remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Rayko Apodaca_  10/29/07          _[signature]_  10/29/07
Signature of Defendant   Date              Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                      11/5/07
Signature of Assistant United States Attorney           Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Melody Walcott_                                   11/5/07
Signature of Defense Counsel                       Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on  11/6/07 .
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                                      11/6/07
Signature of Judicial Officer                      Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services