McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:06-cr-00161 LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE MOTIONS |
| ) | HEARING; AND ORDER THEREON |
| v. ) | |
| ) | Date:  December 7, 2007 |
| RAYKO ARMEDA APODACA ) | Time:  9:00 a.m. |
| ) | Ctrm:  Hon. Lawrence J. O'Neill |
| Defendant. ) | |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED,** by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing in the above-captioned matter now scheduled for November 9, 2007, **may be continued to December 7, 2007 at 9:00 a.m.**

The grounds for the continuance are further defense investigation and preparation, to allow the parties additional time for plea negotiations, and to allow the defendant time to undergo a drug treatment program.

The parties also agree that the government's response to the defendant's pending discovery motion shall be due on or before November 29, 2007.

//

//

//

//

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

                                      MCGREGOR W. SCOTT
                                      United States Attorney

DATED: November 6, 2007      By    /s/ Mark J. McKeon
                                            MARK J. McKEON
                                            Assistant U.S. Attorney


                                      DANIEL J. BRODERICK
                                      Federal Defender

DATED: November 6, 2007      By    /s/ Melody M. Wolcott
                                            MELODY M. WOLCOTT
                                            Assistant Federal Defender
                                            Attorney for Defendant,
                                            RAYKO ARMEDA APODACA

### **ORDER**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A). Good cause exists for the continuance.

IT IS SO ORDERED.

**Dated:   November 6, 2007**                    /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE