UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-CR-00161 |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION FOLLOWING |
| | ) | REVOCATION OF PREVIOUSLY SET |
| V. | ) | CONDITIONS OF RELEASE |
| | ) | |
| RAYKO ARMEDA APODACA | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

A. Order for Revocation And Detention

After conducting a hearing pursuant to 18 U.S.C. § 3148(h) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B. Statement of Reasons For The Revocation And Detention

The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

__x__ (1)  There is probable cause to believe this defendant has committed a Federal, State or local crime while on release, to wit : ingesting illegal drugs

And

__x__ (2)  There is clear and convincing evidence that this defendant has violated a condition or conditions of release, to wit: possession and ingestion of an illegal substance

and

  x    (3)  That this defendant is unlikely to abide by any condition or combination of conditions of release.

IT IS SO ORDERED.

**Dated:   December 7, 2007**                     **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE