# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**RAYKO ARMEDA APODACA**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:06CR00161-001**

Melody M. Walcott
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of charge(s) 1 through 6 as alleged in the violation petition filed on 10/22/2010.
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on 05/09/2008.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X]    APPEAL RIGHTS GIVEN.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

December 17, 2010
Date of Imposition of Sentence

/s/ Lawrence J. O'Neill
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge
Name & Title of Judicial Officer

January 4, 2011
Date

AO 245D-CAED (Rev. 3/04) Judgment in a Criminal Case for Revocation Sheet I   Case 1:06-cr-00161-LJO   Document 48   Filed 01/04/11   Page 2 of 3

CASE NUMBER: 1:06CR00161-001     Judgment - Page 2 of 3
DEFENDANT: RAYKO ARMEDA APODACA

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge 1 | UNLAWFUL USE OF A CONTROLLED SUBSTANCE | 8/25/2010, 8/31/2010 |
| Charge 2 | FAILURE TO PARTICIPATE IN DRUG TESTING AS DIRECTED | 8/3, 13, and 18/2010 9/9, 14, 25, 29/2010 |
| Charge 3 | FAILURE TO PARTICIPATE IN COUNSELING APPOINTMENTS AS DIRECTED | 8/20/2010 |
| Charge 4 | FAILURE TO PARTICIPATE IN COUNSELING APPOINTMENTS AS DIRECTED | 8/10, and 30/2010 |
| Charge 5 | FAILURE TO NOTIFY OF CHANGE IN RESIDENCE | 9/24/2010 |
| Charge 6 | FAILURE TO SUBMIT MONTHLY SUPERVISION FORMS AS DIRECTED | Jan, Feb, Mar, May, Jun, Jul, Aug, Sept 2010 |

CASE NUMBER:       1:06CR00161-001                                         Judgment - Page 3 of 3
DEFENDANT:         RAYKO ARMEDA APODACA

# IMPRISONMENT

   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 11 Months.

[✔]   The court makes the following recommendations to the Bureau of Prisons:

   The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.  Dublin, CA. The Court recommends the defendant participate in the 500-Hour Bureau of Prisons Substance Abuse Treatment Program.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
   [ ] at _ n _
   [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _ on _
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.
   If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

   Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                       _____
                                                       UNITED STATES MARSHAL

                                                       By _____
                                                             Deputy U.S. Marshal